Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HASKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC. and SCHERING-PLOUGH CORP.<br><br>Defendants. | Case No:<br>**CV 08 0376**<br><br>AFFIDAVIT OF VENUE |

I, Debra DeCarli, declare as follows:

1. I am an attorney at law licensed to practice before this Court and an associate with the law firm of Levin Simes Kaiser & Gornick LLP, attorneys of record for Plaintiffs herein.

2. On information and belief, at all times relevant herein, Defendants Merck & Co., Inc. and Schering-Plough Corp. were and are doing business in the City and County of San Francisco.

3. Based on the foregoing and pursuant to California Civil Code §1780(c), this action may be commenced in the Northern District of California, City and County of San Francisco.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of January 2008 in San Francisco, California.

Debra DeCarli, Esq.