REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA  94120-7936

8  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
9
   Attorneys for Defendant
10 MERCK & CO., INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13 RICHARD HASKIN, individually and on behalf    No.: C 08-0376 MEJ
   of all others similarly situated,
14                                               **STIPULATION TO EXTEND TIME TO**
                     Plaintiffs,                 **RESPOND TO COMPLAINT**
15
           vs.                                   Compl. Filed:    January 22, 2008
16                                               Trial Date:      None set
   MERCK & CO., INC. and SCHERING-              Disc. Cut-Off:   None set
17 PLOUGH CORP.,
                                                 Honorable Maria Elena James
18                   Defendants.

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-1(a), the parties hereto stipulate to extend the time within which

2    Defendant Merck & Co., Inc. ("Merck") may respond to the Complaint.  Plaintiff filed the

3    Complaint on January 22, 2008, and the last day for Merck to file a responsive pleading is February

4    12, 2008.  The parties stipulate that Merck's time within which to respond to the Complaint shall be

5    extended for 30 days, to March 13, 2008.

6

7    DATED:  February 12, 2008.

8                                              REED SMITH LLP

9

10                                             By____/s/ Steven J. Boranian_____
                                                  Steven J. Boranian
11                                                Attorneys for Defendant
                                                  Merck & Co., Inc.
12

13    DATED:  February 12, 2008.

14                                             LEVIN SIMES KAISER & GORNICK LLP

15

16                                             By____/s/ Debra Irwin DeCarli_____
                                                  Debra Irwin DeCarli
17                                                Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware