Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
MERCK & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HASKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC. and SCHERING-PLOUGH CORP.,<br><br>Defendants. | No.: C 08-0376 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Compl. Filed:  January 22, 2008<br>Trial Date:    None set<br>Disc. Cut-Off: None set<br><br>Honorable Maria Elena James |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 12, 2008.

REED SMITH LLP

By  /s/ Steven J. Boranian
  Steven J. Boranian
  Attorneys for Defendant
  Merck & Co., Inc.