1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
9
   Attorneys for Defendant
10 MERCK & CO., INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  RICHARD HASKIN, individually and on behalf of all others similarly situated, | No.: C 08-0376 MEJ |
| 14  Plaintiffs, | **DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 15  vs. | |
| 16  MERCK & CO., INC. and SCHERING-PLOUGH CORP., | [Local rule 3-16] |
| 17  Defendants. | Compl. Filed:   January 22, 2008<br>Trial Date:      None set<br>Disc. Cut-Off:   None set |
| 18 | |
| 19 | Honorable Maria Elena James |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  DATED: February 12, 2008.

5  REED SMITH LLP

7  By   /s/ Steven J. Boranian
   Steven J. Boranian
   Attorneys for Defendant
8  Merck & Co., Inc.

No.: C 08-0376 MEJ                                – 1 –
DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS