# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD HASKIN,                           )
                                          )    CASE NO. C-08-0376 MEJ
            Plaintiff (s)   )
    v.                             )    **NOTICE OF IMPENDING**
                                         )    **REASSIGNMENT TO A**
                                         )    **UNITED STATES**
MERCK & CO., et al.,               )    **DISTRICT COURT JUDGE**
            Defendant (s)  )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: March 3, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk