1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  Alison B. Riddell (SBN 246120)
   Email: ariddell@reedsmith.com
5  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
6  San Francisco, CA 94111-3922

7  **Mailing Address:**
   P.O. Box 7936
8  San Francisco, CA 94120-7936

9  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
10
   Attorneys for Defendant
11 Schering-Plough Corporation

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  RICHARD HASKIN, individually and on behalf of all others similarly situated,<br><br>17<br><br>18                  Plaintiffs,<br><br>19        vs.<br><br>20  MERCK & CO., INC. and SCHERING-PLOUGH CORP.,<br><br>21                  Defendants. | No.: C 08-0376 SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SCHERING-PLOUGH CORPORATION TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:   January 22, 2008<br>Trial Date:      None set<br>Disc. Cut-Off:   None set<br><br>Honorable Susan Illston |

22

23

24

25

26

27

28

---

No.: C 08-0376 SI

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Plaintiff Richard Haskins ("Plaintiff") and Defendant Schering-Plough Corporation ("Schering-Plough"), by and through their counsel, hereby stipulate as follows:

1. That Plaintiff filed the Complaint in this action on January 22, 2008;

2. That the last day for Schering-Plough Corp. to file a responsive pleading is April 4, 2008;

3. That a hearing is scheduled before the Judicial Panel on Multidistrict Litigation ("JPML") in Austin, Texas for March 27, 2008. At that hearing, the JPML shall consider the centralization of this, and other, pending actions involving the pharmaceuticals Vytorin and Zetia;

4. That Schering-Plough wishes to defer its response to Plaintiff's Complaint until the conclusion of the JPML hearing; and

5. That Plaintiffs agree to an extension of time as set forth in the proposed Order below.

DATED: March ___, 2008.

REED SMITH LLP

By____/s/ Steven J. Boranian_____
Steven J. Boranian
Attorneys for Defendant
Schering-Plough Corporation

DATED: March ___ 2008.

LEVIN SIMES KAISER & GORNICK LLP

By____/s/ Lawrence J. Gornick_____
Lawrence J. Gornick
Attorneys for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that (1) Schering-Plough shall notify the Court of the decision of the JPML within three business days after the JPML issues its decision; (2) that the time within

No.: C 08-0376 SI — 1 —
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

which Schering-Plough may answer, move or otherwise respond to the Complaint in this action is hereby extended to a date to be set at the first scheduling conference after the JPML issues its decision; and (3) that if Schering-Plough files a responsive pleading in any other similar action pending in another federal district court, it shall notify the Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to amend this Order. Schering-Plough reserves the right to oppose such a motion.

IT IS SO ORDERED.

_____
HON. SUSAN ILLSTON, U.S.D.J.

DOCSSFO-12508388.1

No.: C 08-0376 SI — 2 —
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT