**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 2, 2008

US District Court for the District of New Jersey
50 Walnut Street
P.O. Box 419
Newark, N.J. 07101-0419

RE: CV 08-00376 SI   RICHARD HASKIN-v-MERCK AND CO. INC

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    /s/

    by:  Yumiko Saito
    Case Systems Administrator

Enclosures
Copies to counsel of record